UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILBERT EARL HOUSTON,

           Plaintiff,                         Case No. 1:20-cv-10246

v.                                    Honorable Thomas L. Ludington
                                        United States District Judge
COMMISSIONER OF SOCIAL SECURITY,

                                        Honorable Patricia T. Morris
           Defendant.               United States Magistrate Judge
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
AND DISMISSING PLAINTIFF'S COMPLAINT FOR WANT OF PROSECUTION**

On January 30, 2020, Plaintiff filed a pro se complaint contesting a decision denying him

social security benefits, which was referred to Magistrate Judge Patricia T. Morris. ECF Nos. 1; 3.

On July 23, 2021, Defendant answered the Complaint, ECF No. 15, and Judge Morris set a

Scheduling Order. ECF No. 17. Plaintiff never responded, so Judge Morris directed him to show

cause on or before September 30, 2021, why the Complaint should not be dismissed for want of

prosecution. ECF No. 19. Again, Plaintiff did not respond.

On October 25, 2021, Judge Morris issued a report recommending that this Court dismiss

the Complaint for want of prosecution. ECF No. 20. Although Judge Morris gave Plaintiff 14 days

to object under Federal Rule of Civil Procedure 72(b)(2), he still has not responded. This Court

may dismiss a complaint sua sponte for failure to prosecute. *Link v. Wabash R.R. Co.*, 370 U.S.

626, 630–32 (1962).

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 20, is

**ADOPTED**.

Further, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED**

**WITHOUT PREJUDICE**.


Dated: October 12, 2014                          s/Thomas L. Ludington
                                                 THOMAS L. LUDINGTON
                                                 United States District Judge